UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: JOSE L. LINARES                                        Date: 01/06/2010
Court Reporter:   PHYLLIS LEWIS                               Docket No: CR. 07-212 (JLL)

Title of the Case:

UNITED STATES OF AMERICA
v
MICHAEL MEEHAN

Appearances:

Justin Arnole & Robert Kirsch,  AUSA
Thomas A. Harley, Attorney for Dfendant

Susan Smalley, USPO

Nature of Proceedings: **SENTENCE**

SENTENCE: 30 months on Ct 1 of Information
SUPERVISED RELEASE: 3 years on Ct 1 of Information
SPECIAL CONDITIONS:
- Full Financial Disclosure
- No New Debt
- Occupational Restriction
- DNA Collection

Special Assessment:   $100.00 (due immediately)
Restitution: $1,500,042.00 (due immediately)
Fine: Waived
Deft. advised of her right to appeal
Recommendation to BOP: Fort Dix or Fairton
Court ORDERED Deft. to voluntarily surrender by Feb. 16, 2010 at or before Noon


Commenced: 10:00 am
Concluded:   11:00 am

.

                                                    Lissette Rodriguez, Courtroom Deputy
                                                    to the Honorable Jose L. Linares, U.S.D.J.